THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH VALERINO, Appellant.

(Submitted April 27, 1936; decided May 19, 1936.)

*Clarence Unckless* for appellant.

*William C. Martin, District Attorney* (*DeBanks M. Henward, Jr.*, of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.